# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Perfect 10, Inc.,

    Plaintiff(s)

**V.**       **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Netsaits Holding B.V., Jennsights, Inc., Gerco Marsch, Netsaits B.V.

    Defendant(s)      **CASE NUMBER:**      10cv1773-BEN(NLS)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that the Plaintiff's motion for default judgment and a permanent injunction against Defendants Netsaits Holding B.V., Jennsights, Inc., Gerco Marsch, and Netsaits B.V. is granted. Judgment is entered in favor of Plaintiff and against Defendants to be jointly and severally liable in the amount of $292,500 in statutory damages and $7,850 in attorney's fees and costs.

| February 8, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON February 8, 2011 |