Eric J. Benink, Esq., SBN 187434
Krause Kalfayan Benink & Slavens, LLP
550 West "C" Street, Suite 530
San Diego, CA  92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NETSAITS B.V., a Dutch corporation; NETSAITS HOLDING B.V., a Dutch corporation; JENNSIGHTS, INC., a Nevada corporation; GERCO MARSCH, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.  3:10-cv-01773 BEN (NLS)<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

Plaintiff, Perfect 10, Inc. and its counsel of record, Eric J. Benink, in the above entitled-action, state that the judgment entered into by the court on the 8th day of February, 2011 in favor of plaintiff, Perfect 10, Inc. and against defendants NETSAITS B.V., a Dutch corporation; NETSAITS HOLDING B.V., a Dutch corporation; JENNSIGHTS, INC., a Nevada corporation; GERCO MARSCH, an individual, in the amount of $292,500.00 in statutory damages and $7,850.00 atttorney's fees and costs, has been satisfied in full.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  February 4, 2016	KRAUSE KALFAYAN BENINK & SLAVENS, LLP.

By: /s/ Eric J. Benink
　　Eric J. Benink
　　Attorneys for Plaintiff